# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**KYREE PEREZ,**
**D.O.C. # J54349,**

    **Plaintiff,**

vs.                                                          Case No. 4:19cv260-RH/CAS

**MARK S. INCH, et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case by submitting a civil rights complaint, ECF No. 1, and a motion requesting leave to proceed in forma pauperis, ECF No. 2. Plaintiff is a prisoner currently incarcerated in the Florida Department of Corrections, and his motion is supported by a signed Financial Affidavit and a copy of Plaintiff's Trust Fund Account Statement from the Florida Department of Corrections demonstrating a 6-month period of time preceding the filing of Plaintiff's complaint. Plaintiff did not submit a signed Prisoner Consent Form, but the motion is otherwise sufficient to demonstrate Plaintiff's financial status.

Federal district courts may "authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a)(1).  Thus, an in forma pauperis motion should only be granted where a plaintiff demonstrates an inability to pay the filing fee.  However, Plaintiff's Trust Fund Account Statement reveals that Plaintiff has received just over $700.00 since December 26, 2018, and his account balance on April 30, 2019, was $1,525.10.  ECF No. 2 at 7-9.  Based on that statement, Plaintiff has the ability to pay the Court's $400.00 filing fee.

Thus, it is **RECOMMENDED** that Plaintiff's motion to proceed in forma pauperis, ECF No. 2, be **DENIED** and Plaintiff required to submit payment of the $400.00 filing fee to proceed with this civil rights action.

**IN CHAMBERS** at Tallahassee, Florida, on June 24, 2019.

 S/    Charles A. Stampelos  
**CHARLES A. STAMPELOS**  
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). **Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.** If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.