# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KYREE PEREZ,

       Plaintiff,

v.                                 CASE NO.  4:19cv260-RH-CAS

MARK S. INCH et al.,

       Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is denied.

3. The plaintiff must pay the $400.00 filing fee by September 9, 2019. If he fails to do so, the case will be dismissed.

4. If the plaintiff pays the filing fee but it appears as the case progresses that costs will be incurred in excess of the plaintiff's ability to pay, he may file a renewed motion for leave to proceed *in forma pauperis*.

5. If the plaintiff pays the filing fee, the clerk must refer the case to the magistrate judge for further proceedings. If the plaintiff does not pay the filing fee by the deadline, the clerk must refer the case to me for entry of an order of dismissal.

SO ORDERED on August 7, 2019.

s/Robert L. Hinkle
United States District Judge